UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Anagram International, LLC | Civil Action No. 1:25-CV-08289 |
| The Partnerships and Unincorporated Associations Identified on Schedule A | Honorable Thomas M. Durkin |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

Defendants, Shenzhen Qingsuo Networking Co., Ltd. d/b/a GoGoParty (No. 9), yiwushiguangshudianzishangwuyouxiangongsi d/b/a GSHU-shop (No.10), Shenzhenshi Ao Jianing Trading Co., Ltd. d/b/a Lemoncha Creative (No. 17), by and through their undersigned counsel, respectfully move this Honorable Court for a 30-day extension of time, up to and including September 17, 2025, to answer or otherwise plead in response to the Complaint. In support of this motion, Defendants state as follows:

1. On July 28, 2025, Plaintiff's Summons was returned executed as to Defendants, with an initial deadline to file an answer by August 18, 2025. (Dkt.19).

2. Good cause exists for granting the requested extension because Defendants, as foreign

1

entities, require additional time to coordinate with counsel across time zones and to prepare a complete and accurate response.

3. Counsel for Defendants has conferred with Plaintiff's counsel, who has no objection to this request.

WHEREFORE, Defendants respectfully request that this Court grant a 30-day extension for Defendants to answer or otherwise plead by September 17, 2025.

Dated: August 18, 2025	Respectfully submitted,

By: */s/ Shaoyi Che*
Shaoyi Che
Texas Bar No. 24139843
*Admitted to N.D. Ill.*
YoungZeal LLP
9355 John W. Elliott Dr, Ste 25555
Frisco, TX 75033
Telephone: (717) 440-3382
che@yzlaw.com

**ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2025, I caused a true and correct copy of the foregoing to be filed on the Court's CM/ECF system, which served notice on all counsel of record.

By: */s/ Shaoyi Che*
Shaoyi Che