**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Anagram International, LLC

                                                    Plaintiff,

v.                                                                    Case No.:
                                                                      1:25−cv−08289
                                                                      Honorable Thomas M.
                                                                      Durkin

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                                    Defendant.

_____

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 18, 2025:

        MINUTE entry before the Honorable Thomas M. Durkin: Unopposed motion for
extension of time to answer [23] is granted. Defendants Shenzhen Qingsuo Networking
Co., Ltd., Shenzhenshi Ao Jianing Trading Co., Ltd. and
yiwushiguangshudianzishangwuyouxiangongsi are to answer or otherwise plead by
9/17/2025. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.