IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANAGRAM INTERNATIONAL, LLC, | Case No.: 1:25-cv-08289 |
| Plaintiff, | Judge Thomas M. Durkin |
| v. | Magistrate Judge Keri L. Holleb Hotaling |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | |
| Defendants. | |

## PLAINTIFF'S STATUS REPORT

Plaintiff, ANAGRAM INTERNATIONAL, LLC ("Plaintiff") hereby submits this status report solely on behalf of Plaintiff pursuant to Minute Entry Order [54].

Plaintiff dismissed the last remaining Defendant in this case [55]. In light of this, no defendants remain in the case, and the case can now be terminated at the Court's earliest convenience.

DATED: October 31, 2025

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
15275 Collier Boulevard, Ste. 201-2061
Naples, Florida 34119-6750
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on October 31, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith Vogt*
Keith Vogt